IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JWAUN KEY' A SHARPE,       )
                                 )
        Plaintiff,        )
                                 )
    v.                  )      CASE NO.  3:18-CV-803-WKW
                                 )          [WO]
OFFICER WALDREP,       )
                                 )
        Defendant.     )

## ORDER

On January 8, 2019, the Magistrate Judge filed a Recommendation (Doc. # 24) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1)    The Recommendation is ADOPTED (Doc. # 24);

(2)    Plaintiff's motion to dismiss (Doc. # 23) is GRANTED;

(3)    Plaintiff's action is DISMISSED without prejudice; and

(4)    No costs are taxed.

A separate final judgment will be entered.

DONE this 29th day of January, 2019.

                        /s/ W. Keith Watkins
            CHIEF UNITED STATES DISTRICT JUDGE